James H. BENTLEY, Petitioner–
Appellant,

v.

David A. GARRAGHTY, Warden,
Respondent–Appellee.

No. 01–6213.

United States Court of Appeals,
Fourth Circuit.

Submitted April 13, 2001.

Decided April 25, 2001.

James H. Bentley, pro se. Donald Eldridge Jeffrey, III, Office of the Attorney

General of Virginia, Richmond, VA, for appellee.

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

PER CURIAM.

James H. Bentley appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Bentley v. Garraghty*, No. CA–00–1700–AM (E.D.Va. filed Jan. 17, 2001; entered Jan. 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*